IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02471-MSK-KMT

THOMAS SILVERSTEIN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
HARLEY LAPPIN, Director, Federal Bureau of Prisons,
JOYCE CONLEY, Assistant Director, Correctional Programs Division, Federal Bureau of Prisons,
MICHAEL NALLEY, Regional Director, Federal Bureau of Prisons, and
RON WILEY, Warden, United States Penitentiary Administrative Maximum, in their official capacities,

    Defendants.
_____

**ORDER**
_____

    THIS MATTER comes before the Court on the Joint Motion Requesting that Defendants' Motion to Dismiss (Doc. 29), Plaintiff's Response (Doc. 36), and Defendants' Reply (Doc. 38), be Deemed Superseded as Moot (Joint Motion) **(#46)**. Having reviewed the Joint Motion,

    **IT IS ORDERED** that the Joint Motion **GRANTED** and the above-described motion, response and reply shall be deemed moot.

    DATED this 28th day of March, 2008.

                                  **BY THE COURT:**

                                  Marcia S. Krieger
                                  United States District Judge