IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02471-MSK-KMT

THOMAS SILVERSTEIN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, sued in its official capacity,
HARLEY LAPPIN, Director, Federal Bureau of Prisons,
JOYCE CONLEY, Assistant Director, Correctional Programs Division, Federal Bureau of Prisons, and
RON WILEY, Warden, United States Penitentiary Administrative Maximum,
all individuals sued in their official and individual capacities,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Unopposed Motion to Withdraw Request for Additional Requests for Production of Documents (Doc. 44)" (Doc. No. 52, filed April 14, 2008) is GRANTED. The parties shall continue in their compliance with the Scheduling Order (Doc. No. 33, filed February 19, 2008).

"Plaintiff's Motion for Additional Requests for Production of Documents" (Doc. No. 44, filed March 19, 2008) is DENIED as moot.

Dated: May 21, 2008