IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02471-MSK-KMT

THOMAS SILVERSTEIN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, sued in its official capacity,
HARLEY LAPPIN, Director, Federal Bureau of Prisons,
JOYCE CONLEY, Assistant Director, Correctional Programs Division, Federal Bureau of Prisons, and
RON WILEY, Warden, United States Penitentiary Administrative Maximum,
all individuals sued in their official and individual capacities,

    Defendants.

**ORDER**

This matter is before the court on "Defendant's Motion for Protective Order under Fed. R. Civ. P. 26(c) and to Stay Discovery" [Doc. No. 49, filed April 4, 2008]. The matter was fully briefed by Plaintiff and Defendants, however on June 4, 2008, Plaintiff filed his "Unopposed Motion for Withdrawal of Plaintiff's Response (Doc. 58) to Defendants' Motion for Protective Order Under Fed. R. Civ. P. 26(c) and to Stay Discovery (Doc. 49)" [Doc. No. 66], agreeing to the request for stay of discovery pending the filing of an Answer or other responsive pleading by Defendants, as now served in their individual capacities.

Based upon the parties agreement, it is hereby ORDERED

1. Plaintiff's Unopposed Motion for Withdrawal of Plaintiff's Response (Doc. 58) to Defendants' Motion for Protective Order Under Fed. R. Civ. P. 26(c) and to Stay Discovery (Doc. 49), [Doc. No. 66] is GRANTED. The docket will reflect that Doc. No. 58 is withdrawn.

2. Defendant's Motion for Protective Order under Fed. R. Civ. P. 26(c) and to Stay Discovery [Doc. No. 49] is GRANTED. Responses to currently outstanding discovery will be due on or before August 1, 2008 and all additional discovery will be stayed until August 1, 2008.

Also before the court is the parties' "Joint Motion for Protective Order" [Doc. No. 80, filed July 1, 2008]. That motion is also GRANTED and the Protective Order submitted as Doc. No. 80-2 will be signed by the court.

Finally, the court has considered Daniel E. Manville's "Unopposed Motion to Withdraw as Counsel of Record and Brief in Support" [Doc. No. 82, filed July 1, 2008] and finds that since other counsel remain on the case to represent the plaintiff, this motion also will be GRANTED in part. Daniel E. Manville will be allowed to withdraw as counsel of record, but his request to remain listed on the e-filing system so he can received copies of any filing by this court is DENIED. The remaining counsel can advise Mr. Manville as to the status of the proceedings. The Clerk of the Court is instructed to remove Mr. Manville from the electronic certificate of mailing.

Dated this 8th day of July, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge