IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02471-MSK-KMT

THOMAS SILVERSTEIN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, sued in its official capacity,
HARLEY LAPPIN, Director, Federal Bureau of Prisons,
JOYCE CONLEY, Assistant Director, Correctional Programs Division, Federal Bureau of Prisons, and
RON WILEY, Warden, United States Penitentiary Administrative Maximum,
all individuals sued in their official and individual capacities,

    Defendants.

**ORDER**

This matter is before the court on Plaintiff's "Unopposed Motion for Reconsideration of Order of the Magistrate Judge (Doc. 89)" [Doc. No. 93, filed July 21, 2008].

The court has reviewed the additional information provided by the plaintiff and has reconsidered the deadlines set in this case. The court finds there is good cause shown for the unopposed motion and therefore,

IT IS ORDERED

Plaintiff's Unopposed Motion for Reconsideration of Order of the Magistrate Judge [Doc. No. 93] is GRANTED with the exception of the setting of the Final Pretrial Conference.

The Scheduling Order [Doc. No. 33] is hereby amended to set the following new discovery deadlines:

| | |
|---|---|
| Expert Witness Designation | December 2, 2008 |
| Rebuttal Expert Designation | January 9, 2009 |
| Discovery Cutoff | February 2, 2009 |
| Dispositive Motion Deadline | March 4, 2009 |

**All hearings currently set remain in full force and effect.**

Dated this 28th day of July, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge