IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02471-PAB-KMT

THOMAS SILVERSTEIN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, sued in its official capacity,
HARLEY LAPPIN, Director, Federal Bureau of Prisons,
JOYCE CONLEY, Assistant Director, Correctional Programs Division, Federal Bureau of Prisons, and
RON WILEY, Warden, United States Penitentiary Administrative Maximum,
all individuals sued in their official and individual capacities,

    Defendants.

## **MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

"Plaintiff's Unopposed Motion for Modification of Scheduling Order to Extend All Deadlines by Sixty Days" (#107, filed October 29, 2008) is GRANTED. The Scheduling Order shall be modified as follows:

    Expert Witness Designation: February 2, 2009

    Rebuttal Expert Designation: March 4, 2009

    Discovery Cutoff: April 3, 2009

    Dispositive Motion Deadline: May 4, 2009

Dated: October 31, 2008