IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02471-PAB-KMT

THOMAS SILVERSTEIN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
HARLEY LAPPIN,
JOYCE CONLEY,
MICHAEL NALLEY, and
RON WILEY,

    Defendants.

---

**PROTECTIVE ORDER FOR PHOTOGRAPHS AND DIAGRAMS**

---

Pursuant to Fed. R. Civ. P. 26(c), and upon a showing of good cause in support of the entry of a Protective Order to protect the production, discovery, and dissemination of confidential photographs and diagrams, IT IS HEREBY ORDERED:

1. This Protective Order shall apply to all photographs and/or diagrams of any Federal Bureau of Prisons ("BOP") institutions taken pursuant to Fed. R. Civ. P. 34(a)(2) (entry on land) and/or provided to Plaintiff by Defendants in response to discovery requests made pursuant to the Federal Rules of Civil Procedure [hereinafter "CONFIDENTIAL Photographs" or "CONFIDENTIAL Diagrams"].

2. CONFIDENTIAL Photographs shall be photographs that depict the interior and/or exterior spaces of BOP institutions and are therefore confidential and implicate prison security and safety, and/or law enforcement techniques. CONFIDENTIAL Diagrams shall be diagrams that depict the interior and or exterior spaces of BOP institutions and

are therefore confidential and implicate prison security and safety, and/or law enforcement techniques. CONFIDENTIAL Photographs and/or CONFIDENTIAL Diagrams shall not be disclosed or used for any purpose except the preparation and trial of this case.

3. CONFIDENTIAL Photographs shall be designated as CONFIDENTIAL by marking them "CONFIDENTIAL - PHOTO."

4. For each CONFIDENTIAL Photograph, Defendants will provide Plaintiff with five (5) numbered copies of the CONFIDENTIAL Photograph. CONFIDENTIAL Photographs may not be reproduced electronically or physically for litigation management purposes. CONFIDENTIAL Photographs may only be reproduced to be used as an exhibit(s) to a Court document or deposition exhibit. See Paragraph 7 & Paragraph 9.

5. CONFIDENTIAL Diagrams shall be designated as CONFIDENTIAL by marking them as "CONFIDENTIAL - DIAGRAM" and producing them on BLUE paper.

6. For each CONFIDENTIAL Diagram, Defendants will provide Plaintiff with five (5) numbered copies of the CONFIDENTIAL Diagram on BLUE paper. CONFIDENTIAL Diagrams may not be reproduced electronically or physically for litigation management purposes. CONFIDENTIAL Diagrams may only be reproduced to be used as an exhibit(s) to a Court document or deposition exhibit. See Paragraph 8 & Paragraph 10.

7. In the event that a party desires to use a CONFIDENTIAL Photograph as an exhibit to a Court document, not including depositions, a physical reproduction of the CONFIDENTIAL Photograph shall be made, including the CONFIDENTIAL - PHOTO marking, which shall be filed under seal.

8. In the event that a party desires to use a CONFIDENTIAL Diagram as an exhibit to a Court document, not including depositions, a physical reproduction of the CONFIDENTIAL Diagram on BLUE paper shall be made, including the CONFIDENTIAL - DIAGRAM marking, which shall be filed under seal.

9. In the event that a party desires to use a CONFIDENTIAL Photograph as an exhibit to a deposition, a single physical reproduction of the CONFIDENTIAL Photograph shall be made, including the CONFIDENTIAL - PHOTO marking, to be used as the deposition exhibit. No additional copies shall be made..

10. In the event that a party desires to use a CONFIDENTIAL Diagram as an exhibit to a deposition, a single physical reproduction of the CONFIDENTIAL Diagram on BLUE paper shall be made, including the CONFIDENTIAL - DIAGRAM marking, to be used as the deposition exhibit. No additional copies shall be made.

11. Whenever a deposition involves the disclosure of CONFIDENTIAL Photographs and/or CONFIDENTIAL Diagrams, the deposition or portions thereof shall be designated as "CONFIDENTIAL - PHOTOS AND DIAGRAMS" and shall be subject to the provisions of this Protective Order. The CONFIDENTIAL Photographs and/or CONFIDENTIAL Diagrams shall maintain their CONFIDENTIAL status and the protections of this Protective Order. Such designation shall be made on the record during the deposition whenever possible, but a party may designate the deposition as "CONFIDENTIAL - PHOTOS AND DIAGRAMS" after transcription, provided written notice of the designation is promptly given to all counsel of record within ten (10) days after notice by the court reporter of the completion of the transcript.

12. CONFIDENTIAL Photographs, CONFIDENTIAL Diagrams, and/or depositions (or portions thereof) marked CONFIDENTIAL - PHOTOS AND DIAGRAMS shall not, without the consent of the party producing it or further Order of the Court, be disclosed to any person, except that such information may be disclosed to:

   a. attorneys, including student attorneys, who have entered an appearance in this case;

   b. persons regularly employed or associated with the attorneys who have entered an appearance in this case, including student attorneys enrolled in the Student Law Office, whose assistance is required by said attorneys in the preparation for trial, at trial, or at other proceedings in this case;

   c. expert witnesses and consultants retained in connection with this proceeding, to the extent such disclosure is necessary for preparation, trial or other proceedings in this case;

   d. the Court, and necessary Court staff, including Court Reporters, pursuant to Paragraph 7, Paragraph 8, Paragraph 9, Paragraph 10, and Paragraph 14; and

   e. other persons by written agreement of the parties.

13. Prior to disclosing any CONFIDENTIAL Photographs, CONFIDENTIAL Diagrams, and/or depositions (or portions thereof) marked CONFIDENTIAL - PHOTOS AND DIAGRAMS to any person listed in Paragraphs 12(c) and 12(e), counsel shall provide such person with a copy of this Protective Order and obtain from such person a signature on the attached "Acknowledgment Form for Protective Order for Photographs and Diagrams" (Attachment 1). All such acknowledgments shall be retained by counsel and

shall be subject to <u>in camera</u> review by the Court if good cause for review is demonstrated by the opposing party.

14. If additional disclosure is needed of CONFIDENTIAL Photographs and/or CONFIDENTIAL Diagrams (including deposition transcripts – or portions thereof – marked CONFIDENTIAL - PHOTOS AND DIAGRAMS), counsel will endeavor to work out an appropriate procedure for such disclosure. If the parties cannot resolve the dispute within ten (10) business days, either party may file an appropriate motion with the Court. Said motion may request <u>in camera</u> review of the CONFIDENTIAL Photographs and/or CONFIDENTIAL Diagrams (including deposition transcripts – or portions thereof – marked CONFIDENTIAL - PHOTOS AND DIAGRAMS).

15. A party may object to the designation of a particular photograph or diagram as CONFIDENTIAL by giving written notice to the counsel for the party designating the disputed information. The written notice shall identify the information to which the objection is made. If the parties cannot resolve the objection within ten (10) business days after the time the notice is received, it shall be the obligation of the party designating the information as CONFIDENTIAL to file an appropriate motion requesting that the Court determine whether the disputed photograph should be subject to the terms of this Protective Order. If such a motion is timely filed, the disputed information shall be treated as CONFIDENTIAL under the terms of this Protective Order until the Court rules on the motion. If the designating party fails to file such a motion within the prescribed time, the disputed information shall lose its designation as CONFIDENTIAL and shall not thereafter be treated as CONFIDENTIAL in accordance with this Protective

Order.  In connection with a motion filed under this provision, the party designating the information as CONFIDENTIAL shall bear the burden of establishing that good cause exists for the disputed information to be treated as CONFIDENTIAL.

16. At the conclusion of this case, all copies of all CONFIDENTIAL Photographs and/or CONFIDENTIAL Diagrams (including those used as deposition exhibits) shall be returned to counsel for Defendants within thirty (30) days.

17. This Protective Order may be modified by the Court at any time for good cause shown following notice to all parties and an opportunity for them to be heard.

DATED this 23rd day of December, 2008.

                                BY THE COURT:

                                s/ Kathleen M. Tafoya
                                KATHLEEN M. TAFOYA
                                United States Magistrate Judge