IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02471-PAB-KMT

THOMAS SILVERSTEIN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, sued in its official capacity,
HARLEY LAPPIN, Director, Federal Bureau of Prisons,
JOYCE CONLEY, Assistant Director, Correctional Programs Division, Federal Bureau of Prisons, and
MICHAEL NALLEY, Regional Director, Federal Bureau of Prisons, in his official capacity and
RON WILEY, Warden, United States Penitentiary Administrative Maximum,
all individuals sued in their official and individual capacities,

    Defendants.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Unopposed Motion for Modification of Scheduling Order to Extend All Deadlines (#122, filed January 13, 2009) is GRANTED. The Scheduling Order shall be modified as follows:

    Expert Witness Designation: March 4, 2009

    Rebuttal Expert Designation: April 3, 2009

    Discovery Cutoff: May 4, 2009

    Dispositive Motion Deadline: June 3, 2009

Dated: January 15, 2009