IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 07-cv-02471-PAB-KMT

THOMAS SILVERSTEIN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et al.,

    Defendants.
_____

## MINUTE ORDER
_____

**Order Entered by Judge Philip A. Brimmer**

    This matter is before the Court on Plaintiff's Unopposed Motion to Conduct Depositions via Videoconference at the U.S. District Court for the District of Colorado [Docket NO. 126]. Plaintiff's counsel seeks to depose two individuals in connection with the case by way of the Court's videoconferencing equipment. It is

    **ORDERED** that plaintiff's motion to conduct depositions by way of the Court's videoconferencing equipment [Docket NO. 126] is GRANTED. Plaintiff's counsel may conduct the following depositions from the U.S. District Court for the District of Colorado at the dates, times, and locations specified below:

    Michael Nalley, January 21, 2009, 9:30 a.m. to 3:00 p.m., Courtroom A1001

    Michael Nalley, January 22, 2009, 9:30 a.m. to 3:00 p.m., Courtroom A501

    Dr. Donald Denney, January 23, 2009, 8:30 a.m. to 5:00 p.m., Courtroom A1001

    Plaintiff shall be responsible for providing a method of transcription of the deposition as well as an individual to administer the oath to the deponents. Any logistical questions shall be directed to the Court's Information Technology Department.

    Dated January 20, 2009.