IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 07-cv-02471-PAB-KMT

THOMAS SILVERSTEIN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et al.,

    Defendants.

_____

## MINUTE ORDER
_____

**Order Entered by Judge Philip A. Brimmer**

    This matter is before the Court on Plaintiff's Unopposed Motion to Conduct Deposition via Videoconference at the U.S. District Court for the District of Colorado [Docket No. 133]. Plaintiff's counsel seeks to depose an individual in connection with the case by way of the Court's videoconferencing equipment. It is

    **ORDERED** that plaintiff's motion to conduct a deposition by way of the Court's videoconferencing equipment [Docket NO. 133] is GRANTED. Plaintiff's counsel may conduct the following deposition from the U.S. District Court for the District of Colorado at the date and time specified below:

    John Vanyur, February 27, 2009, 8:30 a.m. to 5:00 p.m.

    Plaintiff shall be responsible for providing a method of transcription of the deposition as well as an individual to administer the oath to the deponent. Any logistical questions shall be directed to the Court's Information Technology Department.

    Dated February 19, 2009.