IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02471-PAB-KMT

THOMAS SILVERSTEIN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, sued in its official capacity,
HARLEY LAPPIN, Director, Federal Bureau of Prisons,
JOYCE CONLEY, Assistant Director, Correctional Programs Division, Federal Bureau of Prisons, and
RON WILEY, Warden, United States Penitentiary Administrative Maximum,
all individuals sued in their official and individual capacities,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Unopposed Motion for Modification of Scheduling Order to Extend All Deadlines" (Doc. No. 134, filed on February 18, 2009) and "Plaintiff's Unopposed Motion for Extension of Expert and Rebuttal Expert Disclosure Deadlines" (Doc. No. 137, filed March 2, 2009) are GRANTED, and the Scheduling Order shall be modified as follows:

    Expert Witness Designation: April 13, 2009

    Rebuttal Expert Designation: May 4, 2009

    Discovery Cutoff: June 3, 2009

    Dispositive Motion Deadline: July 3, 2009

Dated: March 3, 2009