IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 07-cv-02471-PAB-KMT

THOMAS SILVERSTEIN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

**Order Entered by Judge Philip A. Brimmer**

    This matter is before the Court on Plaintiff's Unopposed Motion to Conduct Deposition via Videoconference at the U.S. District Court for the District of Colorado [Docket No. 143]. Plaintiff's counsel seeks to depose several individuals in connection with the case by way of the Court's videoconferencing equipment. It is

    **ORDERED** that plaintiff's motion to conduct depositions by way of the Court's videoconferencing equipment [Docket NO. 143] is GRANTED. Plaintiff's counsel may conduct the following depositions from the U.S. District Court for the District of Colorado at the dates and times specified below:

    Mike Junk and Cynthia Ashman, April 30, 2009, 8:30 a.m. to 5:00 p.m.

    John Vanyur, Craig Trout, and Paul Layer, May 15, 2009, 8:30 a.m. to 5:00 p.m.

    Plaintiff shall be responsible for providing a method of transcription of the depositions as well as an individual to administer the oath to the deponents. Any logistical questions shall be directed to the Court's Information Technology Department.

    Dated April 27, 2009.