IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 07-cv-02471-PAB-KMT

THOMAS SILVERSTEIN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et al.,

    Defendants.

_____

**ORDER DISMISSING CLAIMS 5, 6 AND 7 WITHOUT PREJUDICE**
_____

THIS MATTER comes before the Court upon the Joint Stipulation for Dismissal, Without Prejudice, of Claims 5, 6, and 7 of Plaintiff's First Amended Complaint [Docket No. 151]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), claims 5, 6 and 7 of the First Amended Complaint are dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED May 13, 2009.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge