IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.  07-cv-02471-PAB-KMT

THOMAS SILVERSTEIN,

     Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et al.,

     Defendants.

_____

**MINUTE ORDER**
_____

**Entered by Judge Philip A. Brimmer**

On March 28, 2008, defendants, in their official capacities, filed a partial motion
to dismiss [Docket No. 48] plaintiff's amended complaint.  On July 28, 2008, defendants
Lappin, Conley, Nalley and Wiley, in their individual capacities, filed their motion to
dismiss [Docket No. 98] plaintiff's amended complaint.  On April 14, 2009, plaintiff filed
a motion for leave to file a second amended complaint [Docket No. 140], which motion
was granted on May 14, 2009 [Docket No. 157].  The second amended complaint was
filed on May 14, 2009 [Docket No. 158].

Thus, as of May 14, 2009, the operative pleading was the Second Amended
Complaint.  Defendants' motions to dismiss are therefore directed at an inoperative,
superseded pleading.  *See*, *e.g.*, *Gilles v. United States,* 906 F.2d 1386, 1389 (10th Cir.
1990) ("[A] pleading that has been amended under Rule 15(a) supersedes the pleading
it modifies . . . .") (internal quotation marks omitted).  As such, the motions to dismiss
are moot.  Therefore, it is

   **ORDERED** that defendants' motions to dismiss without prejudice [Docket Nos.

48, 98] are DENIED as moot.

   DATED May 18, 2009.