UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 07-CV-02471-PAB-KMT

Thomas Silverstein
Plaintiff,

v.

LAW STUDENT APPEARANCE FORM

Federal Bureau of Prisons, et al.
Defendants.

1. Law Student Certification

   I certify that:

   (a) I am duly enrolled in the University of Denver Sturm College of Law in accordance with part B.1 of the Student Practice rule of this court.

   (b) I am receiving no compensation from the client in accordance with part B.6 of the Student Practice Rule of this court.

   (c) I am familiar with and will comply with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and this court's Local Rules of Practice and Website (*www.cod.uscourts.gov*), including the Judicial Officers' Procedures.

Dated: 9/16/09

_Tashana Taylor_
Signature of Student
by [signature]

1

2. Law School Certification

I certify that this student:

(a) has completed at least two semesters of law school, including a course in Evidence, and is enrolled in (or has completed) an approved clinical program at the law school;

(b) is qualified, to the best of my knowledge, to provide the legal representation permitted by the Student Practice Rule of this court;

(c) that Laura Rovner, who will serve as supervising attorney, is employed in a clinical program approved by this school.

Dated:

_____
Signature of Dean or Authorized Designee

DIRECTOR OF CLINICAL PROGRAMS
(Position of Above)

3. Supervising Attorney's Certification

As a member of the bar of the United States District Court for the District of Colorado, I certify that I will:

(a) assume personal professional responsibility for the student's work in accordance with the Student Practice Rule of this court;

(b) guide and assist this student as necessary or appropriate under the circumstances; and

(c) appear with this student in all proceedings in this matter.

Dated: 9/8/09

_____
Signature of Attorney

2

4. <u>Consent of Client</u>

I consent to be represented by student attorney, Tashana Taylor, in this matter in accordance with the Student Practice Rule of this Court.

I authorize this student to appear in this matter on my behalf and to prepare court papers under the supervision of an attorney who is admitted to practice before this Court and employed in the clinical program at the law school.

Dated:                                    _/s/ Thomas Silverstein_
                                          Signature of Client

5. <u>Judicial Consent</u>

I authorize this student to appear in this matter pursuant to the Student Practice Rule of this court, except            .

Dated: Sept. 18, 2009             _/s/_____
                                   Signature of District Judge
                                   or Magistrate Judge Exercising
                                   Consent Jurisdiction Pursuant
                                   to D.C. COLO.LCiv 72.2

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 07-CV-02471-PAB-KMT

Thomas Silverstein
Plaintiff,

v.

LAW STUDENT APPEARANCE FORM

Federal Bureau of Prisons, et al.
Defendants.

1. Law Student Certification

   I certify that:

   (a) I am duly enrolled in the University of Denver Sturm College of Law in accordance with part B.1 of the Student Practice rule of this court.

   (b) I am receiving no compensation from the client in accordance with part B.6 of the Student Practice Rule of this court.

   (c) I am familiar with and will comply with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and this court's Local Rules of Practice and Website (www.cod.uscourts.gov), including the Judicial Officers' Procedures.

Dated: 9/8/09

Signature of Student

1

2. <u>Law School Certification</u>

   I certify that this student:

   (a) has completed at least two semesters of law school, including a course in Evidence, and is enrolled in (or has completed) an approved clinical program at the law school;

   (b) is qualified, to the best of my knowledge, to provide the legal representation permitted by the Student Practice Rule of this court;

   (c) that Laura Rovner, who will serve as supervising attorney, is employed in a clinical program approved by this school.

Dated: 9/07/09

_Chuck N. C._
Signature of Dean or Authorized Designee

DIRECTOR OF CLINICAL PROGRAMS
(Position of Above)

3. <u>Supervising Attorney's Certification</u>

   As a member of the bar of the United States District Court for the District of Colorado, I certify that I will:

   (a) assume personal professional responsibility for the student's work in accordance with the Student Practice Rule of this court;

   (b) guide and assist this student as necessary or appropriate under the circumstances; and

   (c) appear with this student in all proceedings in this matter.

Dated: 9/8/09

_Laura L Rovner_
Signature of Attorney

4. Consent of Client

I consent to be represented by student attorney, Colin L. Enger, in this matter in accordance with the Student Practice Rule of this Court.

I authorize this student to appear in this matter on my behalf and to prepare court papers under the supervision of an attorney who is admitted to practice before this Court and employed in the clinical program at the law school.

Dated: _____     _____*Thomas Silverstein*_____
                                   Signature of Client

5. Judicial Consent

I authorize this student to appear in this matter pursuant to the Student Practice Rule of this court, except _____.

Dated: Sept. 18, 2009              _____
                                   Signature of District Judge
                                   or Magistrate Judge Exercising
                                   Consent Jurisdiction Pursuant
                                   to D.C. COLO.LCiv 72.2

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 07-CV-02471-PAB-KMT

Thomas Silverstein
Plaintiff,

v.

LAW STUDENT APPEARANCE FORM

Federal Bureau of Prisons, et al.
Defendants.

1. Law Student Certification

   I certify that:

   (a) I am duly enrolled in the University of Denver Sturm College of Law in accordance with part B.1 of the Student Practice rule of this court.

   (b) I am receiving no compensation from the client in accordance with part B.6 of the Student Practice Rule of this court.

   (c) I am familiar with and will comply with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and this court's Local Rules of Practice and Website (www.cod.uscourts.gov), including the Judicial Officers' Procedures.

Dated: _____
                                  Signature of Student

1

2. <u>Law School Certification</u>

   I certify that this student:

   (a) has completed at least two semesters of law school, including a course in Evidence, and is enrolled in (or has completed) an approved clinical program at the law school;

   (b) is qualified, to the best of my knowledge, to provide the legal representation permitted by the Student Practice Rule of this court;

   (c) that Laura Rovner, who will serve as supervising attorney, is employed in a clinical program approved by this school.

Dated:                                  _____*Chyst N. C*_____
                                        Signature of Dean or Authorized Designee

                                        __DIRECTOR OF CLINICAL PROGRAMS__
                                        (Position of Above)

3. <u>Supervising Attorney's Certification</u>

   As a member of the bar of the United States District Court for the District of Colorado, I certify that I will:

   (a) assume personal professional responsibility for the student's work in accordance with the Student Practice Rule of this court;

   (b) guide and assist this student as necessary or appropriate under the circumstances; and

   (c) appear with this student in all proceedings in this matter.

Dated: 9/8/09                           _____*[signature]*_____
                                        Signature of Attorney

2

4. <u>Consent of Client</u>

    I consent to be represented by student attorney, Kimberly B. Still, in this matter in accordance with the Student Practice Rule of this Court.

    I authorize this student to appear in this matter on my behalf and to prepare court papers under the supervision of an attorney who is admitted to practice before this Court and employed in the clinical program at the law school.

Dated: _____      _/s/ Thomas Silverstein_____
                                                      Signature of Client

5. <u>Judicial Consent</u>

    I authorize this student to appear in this matter pursuant to the Student Practice Rule of this court, except      .

Dated: Sept. 18, 2009        _/s/_____
                                           Signature of District Judge
                                           or Magistrate Judge Exercising
                                           Consent Jurisdiction Pursuant
                                           to D.C. COLO.LCiv 72.2