## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02471-PAB-KMT

THOMAS SILVERSTEIN,

      Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
JOHN VANYUR,
JOYCE CONLEY,
MICHAEL NALLEY,
DONALD DENNEY,
RONNIE WILEY,
MARIE BAILEY,
PAUL ZOHN

      Defendants.

---

## ORDER

---

THIS MATTER comes before the Court on the Unopposed Motion for Order Permitting Deposition of Federal Bureau of Prisons Inmate Silverstein. (Doc. 210.)

Sufficient cause appearing, **IT IS HEREBY ORDERED THAT** the motion is **GRANTED**. Defendants are permitted to depose Plaintiff Thomas Silverstein.

Dated this 22nd day of September, 2009.

**BY THE COURT:**

_____
Kathleen M. Tafoya
United States Magistrate Judge