**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02471-PAB-KMT

THOMAS SILVERSTEIN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
JOHN VANYUR,
JOYCE CONLEY,
MICHAEL NALLEY, and
RONNIE WILEY,

    Defendants.

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants, through undersigned counsel, hereby notify the Court of the following supplemental authority.

In Ashcroft v. Al-Kidd, 131 S.Ct. 2074 (2011), the Supreme Court clarified the second prong of the qualified immunity analysis – the requirement that the right be "clearly established." In Al-Kidd, the Supreme Court made clear that to be "clearly established," the contours of the right must be "sufficiently clear that every reasonable official would have understood that what he is doing violates that right," and "existing precedent must have placed the statutory or constitutional question beyond debate." Id. at 2083 (internal quotations and citations omitted) (emphasis added). The Al-Kidd opinion is material to issues currently before the Court in Defendants' Motion for Summary Judgment (Doc. 296), specifically whether the individually-named Bivens Defendants are entitled to qualified immunity. See Doc. 296 at 29-32.

Respectfully submitted this 8th day of September, 2011.

        JOHN F. WALSH
        United States Attorney

        s/ Marcy E. Cook
        Marcy E. Cook
        Juan G. Villaseñor
        Assistant United States Attorneys
        1225 Seventeenth Street, Suite 700
        Denver, Colorado  80202
        Telephone:  (303) 454-0171/185
        Fax: (303) 454-0404
        E-mail: marcy.cook@usdoj.gov
        Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Laura Rovner
lrovner@law.du.edu
Counsel for Plaintiff

Chris Synsvoll
Chris.Synsvoll@usdoj.gov
Counsel for BOP

I also hereby certify that on this 8th day of September, 2011, I have mailed or served the foregoing document to the following non-CM/ECF participant(s) in the manner (mail, e-mail, etc.) indicated by the nonparticipant's name:

None

                                                s/ Marcy E. Cook
                                                Marcy E. Cook
                                                Assistant United States Attorney
                                                1225 Seventeenth Street, Suite 700
                                                Denver, Colorado  80202
                                                Telephone:  (303) 454-0171
                                                Fax: (303) 454-0404
                                                E-mail: marcy.cook@usdoj.gov
                                                Counsel for Defendants