IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILIP A. BRIMMER

Civil Action No. 07-cv-02471-PAB-KMT

THOMAS SILVERSTEIN,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, sued in its official capacity;
JOHN VANYUR, former Assistant Director, Correctional Programs Division, Federal Bureau of Prisons, sued in his individual capacity;
JOYCE CONLEY, Assistant Director, Correctional Programs Division, Federal Bureau of Prisons, sued in her official and individual capacities;
MICHAEL NALLEY, Regional Director, North Central Region, Federal Bureau of Prisons, sued in his official and individual capacities;
DONALD DENNEY, Regional Psychology Administrator, North Central Region, Federal Bureau of Prisons, sued in his official and individual capacities;
RONNIE WILEY, Warden, United States Penitentiary Administrative Maximum, sued in his official and individual capacities;
MARIE BAILEY, Staff Psychologist, United States Penitentiary Administrative Maximum, sued in her official and individual capacities; and
PAUL ZOHN, Staff Psychologist, United States Penitentiary Administrative Maximum, sued in his official and individual capacities,

Defendants.

---

FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered during the course of proceedings in this case, the following FINAL JUDGMENT is hereby entered.

I. Pursuant to and in accordance with the Order Dismissing Claims 5, 6 and 7 Without Prejudice entered on May 13, 2009, by Judge Philip A. Brimmer, which is incorporated herein by reference as if fully set forth, it is

ORDERED that, pursuant to Fed. R. Civ. P. 41(a), claims 5, 6 and 7 of the First Amended Complaint are dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

II. Pursuant to and in accordance with the Order On Defendants' Motions to Dismiss entered on March 23, 2010, by Judge Philip A. Brimmer, which is incorporated herein by reference as if fully set forth, it is

ORDERED that defendants' motions to dismiss [Docket Nos. 177, 178, 179, 180, 181, 182, 183, 184] are GRANTED in part and DENIED in part as follows. Plaintiff Thomas Silverstein's official-capacity claims against defendants Joyce Conley, Michael Nalley, Donald Denney, Ron Wiley, Marie Bailey, and Paul Zohn are STRICKEN as redundant, unnecessary, and potentially confusing pursuant to Federal Rule of Civil Procedure 12(f). Plaintiff Thomas Silverstein's second and third claims for relief are DISMISSED as to all named defendants. Plaintiff Thomas Silverstein's fourth claim for relief is DISMISSED as it relates to defendants John Vanyur, Joyce Conley, Michael Nalley, Donald Denney, Ron Wiley, Marie Bailey, and Paul Zohn.

III. Pursuant to and in accordance with the Order Granting Summary Judgment entered on September 30, 2011, by Judge Philip A. Brimmer, which is incorporated herein by reference as if fully set forth, it is

ORDERED that defendants' Motion for Summary Judgment [Docket No. 296], is GRANTED. It is

FURTHER ORDERED judgment is hereby entered in favor of the defendants and against the plaintiff.

DATED at Denver, Colorado, this 3rd day of October, 2011.

FOR THE COURT:

GREGORY C. LANGHAM, CLERK

s/ Edward Butler
Edward P. Butler
Deputy Clerk